RECEIVED

2001 AUG -8 N P 12:00

FINA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

[FILED]

AUG 0 8 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

Gregory Guyton #170625 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )
 )
 )
 ) CIVIL ACTION NO. 01-A-980-N
N.S. Mosley-Warden, Et Al., ) (To be supplied by Clerk of
 ) U.S. District Court)
LT. Jeffery Knox, )
 )
Leroy Jamison, Jr. COI, )
 )
COI Scaife, and )
 )
COI Davis )
_____ )
Name of person (s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ( )   NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____ N/A _____

2.  Court (if federal court, name the district; if state court, name the county) _____ N/A _____

3.  Docket number _____ N/A _____

4.  Name of judge to whom case was assigned _____ N/A _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6.  Approximate date of filing lawsuit _____ N/A _____

7.  Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT _HoLman UNIT 3700_

_Atmore, Alabama 36503_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _EASTERLING_ _Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Mrs. Mosley-Warden, | Easterling Correctional Facility |
| 2. | Lt. Jeffery Knox, | Easterling Correctional Facility |
| 3. | Leroy Jamison, Jr. COI, | Easterling Correctional Facility |
| 4. | COI Scaife, | Easterling Correctional Facility |
| 5. | COI Davis, | Easterling Correctional Facility |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_May 7th, 2001 and May 13th, 2001_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: FIFTH, EIGHTH AND FOURTEENTH VIOLATIONS LIBEL, SLANDER AND DEFAMATION OF CHARACTER

SUPPORTING FACTS: MAY 7th, 2001 GREGORY GUYTON WAS SITTING ON THE BUNK WITH A FEW GUYS TALKING AND LAUGHING, INMATE TONY SHARPE W/206506 AWAKEN AND WAS UPSET HE AT THAT MOMENT PLACED A LOCK IN A SOCK TO BE USED AS A WEAPON, WHILE PLAINTIFF WAS TRYING TO CALM SHARPE DOWN, HE THEN SWUNG LOCK, PLAINTIFF DUCKED AND WENT TO THE FLOOR BACK TURNED WHEN PLAINTIFF CAME UP OFF OF THE FLOOR INMATE TONY SHARPE HAD BEEN KNOCKED TO THE FLOOR AND BLOOD WAS RUNNING OUT OF HIS MOUTH AS HE HELD HIS HEAD DOWN I GRABBED A TOWEL HELPED INMATE SHARPE UP AND ESCORTED HIM TO THE FOYER OF DORM HE THEN RAN ON OUT

SCREAMING FOR HELP AT THAT TIME COI JAMISON ENTERED UNIT WITH SHARPE AND I WAS AT THE DOOR COI JAMISON

SUPPORTING FACTS: ASKED SHARPE DID HE HIT YOU WITH THE OTHER GUYS, SHARPE STATED HE WAS THERE, COI JAMISON TOLD ME TO GO TO SHIFT OFFICE AFTER SPEAKING WITH LT. KNOX PLAINTIFF WAS ORDERED TO BE TAKEN TO THE INFIRMARY FOR BODY CHART BY COI SCAIFE, COI DAVIS WAS SECURITY OFFICER OF INFIRMARY AFTER BODY CHART COI SCAIFE ESCORTED PLAINTIFF OVER TO SEGREGATION, LATER THAT NIGHT PLAINTIFF WAS SERVED DETENTION NOTICE - STATING " INMATE GUYTON ASSISTED THREE (3) INMATES, DISCIPLE GANG MEMBERS, ASSAULTED INMATE SHARPE, TONY, W/206506, INMATE GUYTON WAS PLACED IN SEGREGATION."

ON MAY 2nd, 2001 PLAINTIFF WAS CHARGED WITH ASSAULT ON ANOTHER INMATE RULE VIOLATION #31 DISCIPLINARY REPORT #01-269, IN CIRCUMSTANCES VIOLATIONS: "COI JAMISON STATED PLAINTIFF ADMITTED TO HIM IN HEALTH CARE UNIT THAT, HE ASSAULTED INMATE TONY SHARPE #206506".

ON MAY 13th, 2001 HEARING DATE COI JAMISON STATED IN HIS TESTIMONY "WE WERE AT THE HEALTH CARE UNIT. GUYTON TOLD ME THAT HE WAS THE ONE THAT STRUCK INMATE SHARPE AND THAT HE DONE IT BY HIMSELF". QUESTION BY HEARING OFFICER: DID ANYONE ELSE HEAR HIM MAKE THAT STATEMENT TO YOU? ANSWER: I THINK OFFICER B. DAVIS HEARD HIM. ALSO, THE VICTIM WAS ESCORTED BACK INTO THE DORM AND HE POINTED GUYTON OUT TO ME AS THE ONE INMATE WHO HAD ASSAULTED HIM.

QUOTE: "LETS BE MINDFUL INMATE TONY SHARPE JAW WAS BROKEN AND SHATTERED IN SEVERAL PLACES".

HEARING OFFICER: QUESTIONED OFFICER BILLY DAVIS, WHO STATED HE DID NOT HEAR THE CONVERSATION BETWEEN OFFICER JAMISON AND INMATE GUYTON WHILE IN THE HEALTH CARE UNIT.

WHICH PLAINTIFF NEVER STATED HE ASSAULTED ANYONE TO COI JAMISON EVER, THIS LIBEL, SLANDER, DEFAMATION OF CHARACTER HAS CAUSED PLAINTIFF TO LOSE HIS MINIMUM CUSTODY, BE TRANSFERRED FROM LEVEL (4) FOUR INSTITUTION MEDIUM-MINIMUM FACILITY TO MAXIMUM FACILITY HOLMAN CORRECTIONAL FACILITY AND CONTINUED TO BE HELD IN SEGREGATION BECAUSE OF THE BLATANT LIE TOLDED BY COI JAMISON ON DISCIPLINARY REPORT #01-269.

COI JAMISON STATED TO PLAINTIFF I GOT YOU NIGGER I DONT LIKE GANG MEMBERS NO WAY, A GANG MEMBER CUT MY THROAT, DO YOU SEE THIS SCAR AND HE STATED I'VE READ YOUR JACKET.

WARDEN MOSLEY AND LT. KNOX FAILED TO INVESTIGATE THE INCIDENT PROPERLY BECAUSE WHEN COI JAMISON STATED ON DISCIPLINARY REPORT PLAINTIFF SAID HE ASSAULTED INMATE SHARPE AND OTHER DOCUMENTS AND TESTIMONY DID NOT SUBSTANTIATE AND WAS CONTRARY TO INITIAL REPORTS OF DISCIPLINATION, CHARGES SHOULD HAVE BEEN DISMISSED, BUT THEM ALLOWING CHARGES TO PROCEED AFTER DISCUSSING ISSUE WITH PLAINTIFF AND OTHERS THEIR ACTIONS OF RESPONSE WAS CAPRICIOUS AND ARBITRARY THEREFORE VIOLATING PLAINTIFF RIGHTS ALSO, THROUGH ILLEGAL DETENTION AND SANCTIONS. PLAINTIFF WAS DENIED PAROLE BECAUSE OF THE LIE TOLD BY COI LEROY JAMISON, JR.

4

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

TRIAL BY JURY ! PUNITIVE DAMAGES ONE HUNDRED THOUSAND DOLLARS, COMPENSATORY DAMAGES ONE HUNDRED THOUSAND DOLLARS AND MONETARY DAMAGES ONE HUNDRED THOUSAND DOLLARS - DECLARATORY AND INJUNCTIVE RELIEF TO BE RELEASED FROM SEGREGATION, RESTORED TO MINIMUM CUSTODY, RESET ANOTHER PAROLE REVIEW HEARING AND RETURNED TO LEVEL (4) FACILITY AND ORDED DEPARTMENT OF CORRECTIONS TO INSTITUTE A MORE THOROUGH INVESTIGATIVE TEAM AND PROCESS FOR INSTITUTIONAL INCIDENTS.

Signature of plaintiff(s)

170625

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 31st 2001.
(Date)

Signature of plaintiff(s)

170625

5