**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN 10 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

GREGORY GUYTON, #170625,        )
                                )
        Plaintiff,              )
                                )
v.                              )    CIVIL ACTION NO.  01-A-980-N
                                )
GWENDOLYN MOSLEY, *et al.*,     )
                                )
        Defendants.             )

**ORDER**

On November 8, 2002, the Magistrate Judge filed a Recommendation in this case to which the plaintiff filed an objection. On December 12, 2002, the Magistrate Judge filed a Supplemental Recommendation addressing the plaintiff's retaliation claim. On January 6, 2003, the plaintiff filed an objection to the Supplemental Recommendation of the Magistrate Judge. Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED as follows:

1.      That the plaintiff's objections to the Recommendations of the Magistrate Judge be and are hereby OVERRULED;

2.      That the Recommendations be and are hereby ADOPTED;

3.      That the plaintiff's claims of defamation be and are hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4.      That the defendants' motion for summary judgment with respect to the remaining claims be and is hereby GRANTED;

EOD ____1/10/03_____

5.      That this case be and is hereby DISMISSED with prejudice; and

6.      That costs of this proceeding be and are hereby TAXED against the plaintiff.

Done this the ____ day of January 2003.

W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE